UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

THE ALBERT ELLIS INSTITUTE,

                Plaintiff,

    -against-

JPMORGAN CHASE BANK, NA,

                Defendant.

-----------------------------------------------------------------------x

Civil Action No.

Rule 7.1 Statement

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certify that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
       August 5, 2011

                                         MCLAUGHLIN & STERN, LLP

                                         *David Blasband*
                                         David Blasband (DB 7069)
                                         Bruce A. Langer (BAL 7339)
                                         Attorneys for Plaintiff
                                             The Albert Ellis Institute
                                         260 Madison Avenue-18th Floor
                                         New York, NY 10016
                                         (212) 448-1100