Stephen F. Ellman
Ronald M. Neumann
Bryan D. Leinbach
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 223-0400
Facsimilie: (212) 753-0396

*Attorneys for*
*JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ALBERT ELLIS INSTITUTE,<br><br>              Plaintiffs,<br><br>    - against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>              Defendant. | Case No: 11-5504 (GBD)(AJP)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for JPMorgan Chase

Bank, N.A. certifies that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the stock of JPMorgan Chase Bank, N.A.: JPMorgan Chase & Co.

Dated: New York, New York
August 31, 2011

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Stephen F. Ellman
Ronald M. Neumann
Bryan D. Leinbach
Attorneys for Defendant
 JPMorgan Chase Bank, N.A.
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 223-0400
Facsimilie: (212) 753-0396