Stephen F. Ellman
Yoav M. Griver
Ronald M. Neumann
Bryan D. Leinbach
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for
  *JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ALBERT ELLIS INSTITUTE,<br><br>                       Plaintiff,<br><br>- against -<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                       Defendant. | Case No.:  11 Civ. 5504(GBD)(AJP)<br><br>**NOTICE OF APPEARANCE** |

TAKE NOTICE, that defendant JPMorgan Chase Bank, N.A., hereby appear in the above entitled action, and the undersigned has been retained as attorneys for said defendant.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         December 9, 2011

                                      ZEICHNER ELLMAN & KRAUSE LLP

                                      By: _____
                                         Yoav M. Griver
                                         Attorneys for Defendant
                                         575 Lexington Avenue
                                         New York, NY  10022
                                         (212) 223-0400