

# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

September 24, 2012

**BY FACSIMILE**

Hon. George B. Daniels
United States District Judge for
 the Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**Facsimile No.: (212) 805-6737**

**SO ORDERED**
The conference is rescheduled for October 17, 2012 at 9:30 a.m.
*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
SEP 25 2012

**Albert Ellis Institute v. JPMorgan Chase Bank, N.A.**
**11 Civ. 5504 (GBD) (AJP)**

Dear Judge Daniels:

We represent defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced action and write to request jointly with plaintiff's counsel that this Court adjourn the status conference scheduled for September 25, 2012. Since we last appeared before the Court, the parties have been holding settlement discussions and Chase has provided additional document discovery to plaintiff.

Under the circumstances, we made this application earlier today in a joint conference call to Your Honor's chambers and were requested to make the application in writing and send it by facsimile.

Accordingly, the parties respectfully request an adjournment of three weeks to the week of October 16, with October 17 as the most convenient date for counsel.

Respectfully submitted,

*Ronald M. Neumann*
Ronald M. Neumann

RMN:mzg

cc: David Blasband, Esq. (by email)
    Bruce A. Langer, Esq. (by email)
    (Counsel to plaintiff The Albert Ellis Institute)